[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-12204

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

BRADLEY DIEFFENBACHER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:19-cr-00504-MSS-CPT-1

_____

Before JORDAN, JILL PRYOR, and BRANCH, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, as duplicative because Bradley Dieffenbacher again seeks to appeal from his criminal judgment, which we affirmed in 2023 before he filed his instant *pro se* notice of appeal.  *See United States v. Arlt*, 567 F.2d 1295, 1297 (5th Cir. 1978) (holding that appellants are not entitled to two appeals); *I.A. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1551 (11th Cir. 1986) (noting that federal courts may dismiss duplicative litigation to conserve judicial resources).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.